# 16 CV 00219

| | | | |
|---|---|---|---|
| **Case Type** | CIVIL | **Action:** | MEDICAL MALPRACTICE |
| **File Date:** | 05/23/2016 | **Case Judge:** | PRATT, JEANNINE N |
| **Next Event:** | | | |

**All Information**   **Party**   **Docket**   **Financial**   **Receipt**

## Party Information

### WEADOCK, JANICE L - Plaintiff

| | |
|---|---|
| **DOB** | |
| **Disposition** | |
| **Disp Date** | |
| **Address** | 1325 CROYDON RD<br>TROY, OH 45373 |
| **Alias** | |

**Party Attorney**

| | |
|---|---|
| Attorney | WEISBROD, ALFRED J |
| Bar Code | 0031240 |
| Address | P.O. BOX 513<br>DAYTON, OH  45409 |
| Phone | (937)443-9999 |

### TAHA, MD, JAMAL - Defendant

| | |
|---|---|
| **DOB** | |
| **Disposition** | |
| **Disp Date** | |
| **Address** | 31 STANFIELD RD SUITE 104<br>TROY, OH 45373 |
| **Alias** | |

**Party Attorney**

| | |
|---|---|
| Attorney | ADKINSON, PATRICK K |
| Bar Code | 0016980 |
| Address | 4244 INDIAN RIPPLE RD<br>SUITE 150<br>DAYTON, OH  45440 |
| Phone | |

### KETTERING HEALTH NETWORK - Defendant

| | |
|---|---|
| **DOB** | |
| **Disposition** | |
| **Disp Date** | |
| **Address** | 3535 SOUTHERN BLVD<br>#3000<br>KETTERING, OH 45429 |
| **Alias** | |
| **AKA** | KETTERING HOSPITAL |

**Party Attorney**

| | |
|---|---|
| Attorney | SHANE, CHARLES F |
| Bar Code | 0062494 |
| Address | 6 NORTH MAIN STREET<br>SUITE 400<br>DAYTON, OH  45402 |
| Phone | |

### GENESIS HEALTH CARE LLC - Defendant

| | |
|---|---|
| **DOB** | |
| **Disposition** | |
| **Disp Date** | |
| **Address** | 512 CRESCENT DR<br>TROY, OH 45373 |
| **Alias** | |

**Party Attorney**

| | |
|---|---|
| Attorney | ENDERS, WARREN M |
| Bar Code | 0009406 |

| Address | 200 CIVIC CENTER DRIVE, SUITE 800 COLUMBUS, OH 43215 |
|---|---|
| Phone | |
| Attorney | PERKO, ACACIA M |
| Bar Code | 0087950 |
| Address | |
| Phone | |

**MEDICARE** - Defendant

| DOB | | Address | BENEFITS COORDINATION AND RECOVERY CENTER P OB OX 138897 OKLAHOMA CITY, OK 73113 |
|---|---|---|---|
| Disposition | | | |
| Disp Date | | | |

Alias

Party Attorney

### Docket Information

| Date | Docket Text | Amount |
|---|---|---|
| 05/23/2016 | COMPLAINT FILED  Receipt: 115000  Date: 05/23/2016 | $0.00 |
| 05/23/2016 | FEES PAID PURSUANT TO ORC 2303.201(B) AND LEGAL RESEARCH FEES  Receipt: 115000  Date: 05/23/2016 | $0.00 |
| 05/23/2016 | FEES FOR COMPUTERIZATION OF CLERK'S OFFICE  Receipt: 115000  Date: 05/23/2016 | $0.00 |
| 05/23/2016 | DEPOSIT  Receipt: 115000  Date: 05/23/2016 | $0.00 |
| 05/23/2016 | SPECIAL PROJECTS ACCOUNT CIVIL PETITIONS, OTHER THAN DOMESTIC RELATIONS  Receipt: 115000  Date: 05/23/2016 | $0.00 |
| 05/23/2016 | PLAINTIFF'S FIRST SET OF INTERROGATORIES DIRECTED TO UPPER VALLEY MEDICAL CENTER FILED | |
| 05/23/2016 | PLAINTIFF'S FIRST REQUESTS FOR ADMISSION TO DEFENDANT JAMAL TAHA M.D. | $0.00 |
| 05/23/2016 | PREACIPE FOR SERVICE FILED | $0.00 |
| 05/23/2016 | COPIES ISSUED $4.50  Receipt: 115031  Date: 05/24/2016 | $0.00 |
| 05/23/2016 | SUMMONS, ISSUED  Receipt: 115031  Date: 05/24/2016 | $0.00 |
| 05/23/2016 | SUMMONS, COPY OF COMPLAINT,FIRST SET OF INTERROGATORIES,REQUESTS FOR ADMISSION,ISSUED TO JAMAL TAHA 3533 SOUTHERN BLVD SUITE 3000 KETTERING, OHIO 45429 BY CERTIFIED MAIL 16-219-1            91 7199 9991 7035 4153 6594  Receipt: 115031  Date: 05/24/2016 | $0.00 |
| 05/23/2016 | SUMMONS, COPY OF COMPLAINT,FIRST SET OF INTERROGATORIES,REQUESTS FOR ADMISSION,ISSUED TO ADVANCED NEUROSURGEY,INC 3533 SOUTHERN BLVD SUITE 3000 KETTERING, OHIO 45429 BY CERTIFIED MAIL 16-219-2            91 7199 9991 7035 4153 6600  Receipt: 115031  Date: 05/24/2016 | $0.00 |
| 05/23/2016 | SUMMONS, COPY OF COMPLAINT,FIRST SET OF INTERROGATORIES,REQUESTS FOR ADMISSION,ISSUED TO KETTERING HOSPITAL 3535 SOUTHERN BLVD KETTERING, OHIO 45429 BY CERTIFIED MAIL 16-219-3            91 7199 9991 7035 4153 6617  Receipt: 115031  Date: 05/24/2016 | $0.00 |
| 05/23/2016 | SUMMONS, COPY OF COMPLAINT,FIRST SET OF INTERROGATORIES,REQUESTS FOR ADMISSION,ISSUED TO GENESIS HEALTH CARE, LLC 512 CRESCENT DRIVE TROY, OHIO 45373 BY CERTIFIED MAIL 16-219-4            91 7199 9991 7035 4153 6624  Receipt: 115031  Date: 05/24/2016 | $0.00 |
| 05/23/2016 | SUMMONS, COPY OF COMPLAINT,FIRST SET OF INTERROGATORIES,REQUESTS FOR ADMISSION, ISSUED TO MEIDCARE BENEFITS AND COORDINATION AND RECOVERY CENTER P O BOX 138897 OKLAHOMA CITY,OK 73113 BY CERTIFIED MAIL 16-219-5            91 7199 9991 7035 4153 6631  Receipt: 115031  Date: 05/24/2016 | $0.00 |
| 05/23/2016 | POSTAGE FEES FOR 16-219  1 THRU 5  $7.06 A PIECE  Receipt: 124656  Date: 05/17/2017 | $0.00 |

| Date | Docket Text | Amount |
|---|---|---|
| 05/31/2016 | RETURN RECEIPT 16CV219-1 ISSUED TO JAMAL TAHA, SIGNED FOR BY SU? T? ON 05/25/2016 | $0.00 |
| 05/31/2016 | RETURN RECEIPT 16CV219-2 ISSUED TO ADVANCED NEUOR SURGERY INC, SIGNED FOR BY SU? T? ON 05/25/2016 | $0.00 |
| 05/31/2016 | RETURN RECEIPT 16CV219-3 ISSUED TO KETTERING HOSPITAL, SIGNED FOR BY WOODWARD ON 05/25/2016 | $0.00 |
| 05/31/2016 | RETURN RECEIPT 16CV219-4 ISSUED TO GENESIS HEALTH CARE, SIGNED FOR BY SUNNY LEHMAN ON 05/25/2016 | $0.00 |
| 05/31/2016 | RETURN RECEIPT 16CV219-5 ISSUED TO MEDICARE BENEFITS AND COORDINATION, SIGNED FOR BY REGENA ROBINSON ON 05/26/2016 | $0.00 |
| 06/08/2016 | NOTICE OF FILING OF DISCOVERY, CERTIFICATION FILED | |
| 06/13/2016 | NOTICE OF APPEARANCE FILED WITH CERTIFICATE OF SERVICE | $0.00 |
| 06/15/2016 | DEFENDANT KETTERING HEALTH NETWORK AKA KETTERING HOSPITAL'S ANSWER TO PLAINTIFF'S COMPLAINT WITH JURY DEMAND ENDORSED HEREON FILED | $0.00 |
| 06/20/2016 | ANSWER OF DEFENDANT, JAMAL TAHA, M.D., TO PLAINTIFF'S COMPLAINT FILED WITH CERTIFICATE OF SERVICE | $0.00 |
| 06/20/2016 | STIPULATION TO FILE ANSWER FILED WITH CERTIFICATE OF SERVICE | |
| 06/28/2016 | NOTICE OF FILING OF DISCOVERY FILED WITH CERTIFICATE OF SERVICE | |
| 07/14/2016 | ANSWER OF DEFENDANT GENESIS HEALTH CARE, LLC ATO PLAINTIFF'S COMPLAINT FILED WITH CERTIFICATE OF SERVICE | $0.00 |
| 07/19/2016 | NOTICE OF SUBMISSION OF DISCOVERY FILED WITH CERTIFICATE OF SERVICE | |
| 08/05/2016 | SCHEDULING ORDER, FINAL PRETRIAL CONFERENCE DATE JUNE 5, 2017 @ 10:30 A.M., TRIAL DATE JUNE 6, 2017 @ 8:45 A.M. FOR AN ESTIMATED EIGHT DAYS TO A JURY   PRATT  Receipt: 124656  Date: 05/17/2017 | $0.00 |
| 08/05/2016 | NOTICE (SETTLEMENT CONFERENCE) MAY 8, 2017 @ 11:00 A.M.    PRATT  Receipt: 124656  Date: 05/17/2017 | $0.00 |
| 08/05/2016 | FINAL PRE-TRIAL NOTICE   PRATT  Receipt: 124656  Date: 05/17/2017 | $0.00 |
| 08/05/2016 | SCHEDULING ORDER, FINAL PRETRIAL CONFERENCE MAY 30, 2017 @ 9:00 A.M., TRIAL DATE JUNE 6, 2017 @ 8:45 A.M. FOR AN ESTIMATED EIGHT DAYS TO A JURY    PRATT  Receipt: 124656  Date: 05/17/2017 | $0.00 |
| 08/05/2016 | NOTICE (SETTLEMENT CONFERENCE) MAY 1, 2017 AT 9:00 A.M.  PRATT | |
| 08/23/2016 | NOTICE OF SUBMISSION OF DISCOVERY FILED WITH CERTIFICATE OF SERVICE | |
| 09/26/2016 | NOTICE OF VIDEO DEPOSITION OF - JANICE L WEADOCK WEDNESDAY SEPTEMBER 28, 2016 AT 2:00 P.M. FILED WITH CERTIFICATE OF SERVICE | $0.00 |
| 09/29/2016 | NOTICE TO TAKE DEPOSITION DUCES TECUM UPON ORAL EXAMINATION PURSUANT TO RULE 30 (B)(5) FILED WITH CERTIFICATE OF SERVICE | $0.00 |
| 09/30/2016 | MOTION TO COMPEL FILED WITH CERTIFICATE OF SERVICE | $0.00 |
| 09/30/2016 | NOTICE TO TAKE DEPOSITION OF JAMAL TAHA, M.D. | $0.00 |
| 10/11/2016 | MOTION OF DEFENDANT JAMAL TAHA, M.D. TO DISQUALIFY ALFRED WEISBROD AS PLAINTIFF'S COUNSEL FILED WITH CERTIFICATE OF SERVICE | $0.00 |
| 10/13/2016 | DEFENDANT KETTING HEALTH NETWORK AKA KETTERING HOSPITAL'S MOTION TO DISQUALIFY ALFRED WEISBROD AS PLAINTIFF'S COUNSEL FILED WITH MEMORANDUM AND CERTIFICATE OF SERVICE | $0.00 |
| 10/17/2016 | AMENDED NOTICE OF DEPOSITION OF JAMAL TAHA M.D. FILED WITH CERTIFICATE OF SERVICE | |
| 10/17/2016 | NOTICE OF SERVICE OF DEFENDANT GENESIS HEALTHCARE, LLC'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS FILED WITH CERTIFICATE OF SERVICE | |
| 10/19/2016 | MOTION OF DEFENDANT JAMAL TAHA M.D. TO POSTPONE DEPOSITION PENDING A DECISION ON MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL FILED WITH CERTIFICATE OF SERVICE | $0.00 |

| Date | Docket Text | Amount |
|---|---|---|
| 10/19/2016 | MEMORANDUM OF DEFENDANT JAMAL TAHA, M.D. IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL FILED WITH CERTIFICATE OF SERVICE | |
| 10/19/2016 | DEFENDANT GENESIS HEALTHCRE, LLC'S MOTION TO DISQUALIFY FILED WITH MEMORANDUM AND CERTIFICATE OF SERVICE | $0.00 |
| 10/21/2016 | MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER FILED WITH CERTIFICATE OF SERVICE | |
| 10/21/2016 | PLAINTIFF'S MEMORANDUM IN OPPOSITION TO THE MOTIONS OF DEFENDANTS JAMAL TAHA, M.D., AND KETTERING HEALTH NETWORK TO DISQUALIFY ALFRED WEISBROD AS PLAINTIFF'S COUNSEL WITH CERTIFICATE OF SERVICE | |
| 10/21/2016 | REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL FILED WITH CERTIFICATE OF SERVICE | |
| 10/25/2016 | PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT GENESIS HEALTH CARE, LLC'S MOTION TO DISQUALIFY FILED WITH CERTIFICATE OF SERVICE | |
| 10/31/2016 | NOTICE OF SUBMISSION OF DISCOVERY FILED WITH CERTIFICATE OF SERVICE | |
| 11/08/2016 | DECISION RE: MOTION TO DISQUALIFY, REQUEST TO POSTPONE DEPOSITION AND MOTION TO COMPEL DOCUMENTS    PRATT   Receipt: 124656  Date: 05/17/2017 | $0.00 |
| 11/09/2016 | DEFENDANT GENESIS HEALTH CARE, LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS WITH MEMORANDUM AND CERTIFICATE OF SERVICE FILED | $0.00 |
| 11/16/2016 | DEPOSITION OF JANICE L. WEADOCK AND CD FILED ON SHELF | $0.00 |
| 11/16/2016 | DEFENDANT KETTERING HEALTH NETWORK AKA KETTERING HOSPITAL'S MOTION FOR SUMMARY JUDGMENT FILED | $0.00 |
| 11/16/2016 | DEFENDANT KETTERING HEALTH NETWORK AKA KETTERING HOSPITAL'S NOTICE OF FILING DEPOSITION FILED WITH CERTIFICATION OF COMPLIANCE AND CERTIFICATE OF SERVICE | |
| 11/17/2016 | THIRD AMENDED NOTICE OF DEPOSITION OF DEFENDANT JAMAL TAHA, M.D. ON THURSDAY DECEMBER 8, AT 9:30 A.M. | |
| 11/17/2016 | PLAINTIFF'S MEMORANDUM IN OPPOSITION TO MOTION OF DEFENDANT, GENESIS HEALTH CARE, LLC, FOR JUDGMENT ON THE PLEADINGS FILED WITH CERTIFICATE OF SERVICE | |
| 11/22/2016 | DEFENDANT GENESIS HEALTH CARE, LLC REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDNAT'S MOTION FOR JUDGMENT ON THE PLEADINGS FAX FILED WITH CERTIFICATE OF SERVICE | |
| 11/28/2016 | MOTION FOR EXTENSION TO RESPOND TO MOTION FOR SUMMARY JUDGMENT FILED WITH MEMORANDUM AND CERTIFICATE OF SERVICE | |
| 12/07/2016 | PLAINTIFF'S DISCLOSURE OF EXPERT WITNESSES FILED WITH CERTIFICATE OF SERVICE | |
| 12/16/2016 | DECISION ON GENESIS HEALTH CARE, LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS    PRATT  Receipt: 124656  Date: 05/17/2017 | $0.00 |
| 12/22/2016 | ORDER GRANTING MOTION OF THE PLAINTIFF FOR EXTENSION OF TIME TO RESPOND TO THE MOTION OF DEFENDANT KETTERING HOSPITAL FOR SUMMARY JUDGMENT TO JANUARY 6, 2017   PRATT  Receipt: 124656  Date: 05/17/2017 | $0.00 |
| 01/05/2017 | DEFENDANT KETTERING HEALTH NETWORK AKA KETTERING HOSPITAL'S IDENTIFICATION OF EXPERT WITNESSES FAX FILED WITH CERTIFICATE OF SERVICE | |
| 01/06/2017 | PLAINTIFF'S DISCLOSURE OF ADDITIONAL EXPERT & AFFIDACIT OF PLAINTIFF FILED WITH CERTIFICATE OF SERVICE | |
| 01/06/2017 | DEPOSITION OF JAMAL M. TAHA M.D. FILED ON SHELF | $0.00 |
| 01/06/2017 | DEPOSITION OF JANICE L WEADOCK FILED ON SHELF | $0.00 |
| 01/06/2017 | EXHIBITS TO THE DEPOSITION OF JAMAL M. TAHA M.D.  FILED ON SHELF | |
| 01/06/2017 | NOTICE OF FILING OF DEPOSITIONS AND AFFIDAVIT FILED WITH CERTIFICATE OF SERVICE | |
| 01/09/2017 | DISCLOSURE OF EXPERT WITNESSES BY DEFENDANT GENESIS HEALTH CARE, LLC FILED WITH CERTIFICATE OF SERVICE | |
| 01/13/2017 | DEFENDANT KETTERING MEDICAL CENTER'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT FAX FILED WITH CERTIFICATE OF SERVICE | |

| Date | Docket Text | Amount |
|---|---|---|
| 01/17/2017 | FIRST AMENDED COMPLAINT - JURY DEMAND ENDORSED HEREON FILED | |
| 01/17/2017 | NOTICE OF FILING OF PLAINTIFF'S FIRST AMENDED COMPLAINT FILED WITH CERTIFICATION | |
| 01/18/2017 | MEMORANDUM OF PLAINTIFF IN OPPOSITION TO MOTION OF DEFENDANT KETTERING HOSPITAL FOR SUMMARY JUDGMENT FILED WITH CERTIFICATE OF SERVICE | |
| 01/20/2017 | AGREED ENTRY (NUNC PRO TUNC), DEFENDANT KETTERING HOSPITAL HEREBY AGREES TO PERMIT THE PLAINTIFF TO FILE HER MEMORANDUM IN OPPOSITION ON JANUARY 18, 2017 AND THE COUR TO CORRECT THIS CLERICAL ERROR NUNC PRO TUNC   PRATT  Receipt: 124656  Date: 05/17/2017 | $0.00 |
| 01/25/2017 | DEFENDANT KETTERING HEALTH NETWORK A/K/A KETTERING HOSPITAL'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT WITH JURY DEMAND ENDORSED HEREON FAX FILED WITH CERTIFICATE OF SERVICE | |
| 01/27/2017 | ANSWER OF DEFENDANT GENESIS HEALTH CARE, LLC TO PLAINTIFF'S FIRST AMENDED COMPLAINT FILED WITH CERTIFICATE OF SERVICE | $0.00 |
| 01/31/2017 | MOTION FOR EXPEDITED TELEPHONE CONFERENCE FILED WITH MEMORANDUM AND CERTIFICATE OF SERVICE | $0.00 |
| 02/01/2017 | ANSWER OF DEFENDANT, JAMAL TAHA, M.D., TO PLAINTIFF'S FIRST AMENDED COMPLAINT FILED WITH CERTIFICATE OF SERVICE | $0.00 |
| 02/02/2017 | NOTICE OF VIDEO DEPOSITION OF JUDITH FELLERS FILED WITH CERTIFICATE OF SERVICE | |
| 02/13/2017 | NOTICE OF DEPOSITION OF KATHLEEN MEYER, DNP, GCNS, ACHPN TUESDAY FEBRUARY 28, 2017 AT 1:30 P.M. | |
| 02/27/2017 | NOTICE OF DEPOSITION OF BARBARA STORMS MONDAY MARCH 6, 2017 AT 9:30 A.M. | |
| 02/27/2017 | NOTICE OF DEPOSITION OF CAMERON PARKER | |
| 02/27/2017 | NOTICE OF DEPOSITION OF MARK WANG M.D. | |
| 02/27/2017 | NOTICE OF DEPOSITION OF ROBERT EASTLACK, M.D. | |
| 03/10/2017 | NOTICE OF FILING OF DEPOSITIONOF CRAIG S. BERG, M.D. WITH EXHIBITS | |
| 03/10/2017 | DEPOSITION OF CRAIG S. BERG, M.D. AND EXHIBITS FILED ON SHELF | $0.00 |
| 03/17/2017 | MOTION FOR PARTIAL SUMMARY JUDGMENT FILED WITH CERTIFICATE OF SERVICE | $0.00 |
| 03/22/2017 | DECISION AND ENTRY DENYING DEFENDANT KHN'S MOTION FOR SUMMARY JUDGMENT PRATT  Receipt: 124656  Date: 05/17/2017 | $0.00 |
| 03/23/2017 | NOTICE OF VIDEO TRIAL DEPOSITION FILED WITH CERTIFICATE OF SERVICE THURSDAY MAY 18, 2017 AT 9:30 A.M. | |
| 03/31/2017 | DEFENDANT KETTERING HEALTH NETWORK A/K/A KETTERING HOSPITAL'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST CO-DEFENDANT DR JAMAL TAHA CERT OF SERVICE FILED | |
| 03/31/2017 | PLAINTIFF'S MOTION FOR LEAVE TO FILED SECOND AMENDED COMPLAINT CERT OF SERVICE FILED | $0.00 |
| 04/03/2017 | DEPOSITION TRANSCDRIPT OF ROBERT EASLACK M.D. DATED 03/03/2017 FILED ON SHELF | $0.00 |
| 04/03/2017 | DEPOSITION OF MARK WANG, M.D. MARCH 6, 2017 FILED ON SHELF | $0.00 |
| 04/03/2017 | DEPOSITION OFROBERT EASTLACK M.D. MARCH 3, 2017 FILED ON SHELF | $0.00 |
| 04/03/2017 | MEMORANDUM OF DEFENDANT, JAMAL TAHA, M.D.,  IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT FILED WITH CERTIFICATE OF SERVICE | |
| 04/03/2017 | DEFENDANT, JAMAL TAHA, M.D.'S NOTICE OF FILING DEPOSITION OF MARK WANG, M.D. TAKEN ON MARCH 6, 2017 | |
| 04/03/2017 | DEFENDANT KETTERING HEALTH NETWORK AKA KETTERING HOSPITAL'S NOTICE OF FILING DEPOSITION TAKEN ON MARCH 3, 2017 FILED WITH CERTIFICATION OF COMPLIANCE | |
| 04/06/2017 | NOTICE OF CORRECTION OF CERTIFICATION FILED | |
| 04/06/2017 | DEFENDANT KETTERING HEALTH NETWORK AKA KETTERING HOSPITAL'S NOTICE OF FILING ORIGINAL AFFIDAVIT OF HERBERT HARTER ENGLELHARD III PH.D., F.A.C.S. FILED WITH CERTIFICATE OF SERVICE | |

| Date | Docket Text | Amount |
|---|---|---|
| 04/06/2017 | REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT FILED WITH CERTIFICATE OF SERVICE | |
| 04/07/2017 | DEFENDANT GENESIS HEALTH CARE, LLC'S MOTION TO BIFURCATE PUNITIVE DAMAGE AND ATTORNEY FEES CLAIMS FILED WITH CERTIFICATE OF SERVICE | $0.00 |
| 04/07/2017 | DEFENDANT GENESIS HEALTH CARE, LLC'S MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF JOHN CONOMY, M.D. FILED WITH CERTIFICATE OF SERVICE | |
| 04/11/2017 | NOTICE OF VIDEO TRIAL DEPOSITION OF DR. MARK WANG, M.D. ON MAY 8TH, 2017 @ 4:00 P.M. MOUNTAIN STANDARD TIME AT HIS OFFICE IN SCOTTSDALE, ARIZONA FILED WITH CERTIFICATE OF SERVICE | $0.00 |
| 04/12/2017 | MEMORANDUM IN RESPONSE TO DEFENDANT GENESIS HEALTH CARE LLC'S MOTION TO EXCLUDE TESTIMONY OF JOHN CONOMY, M.D. FILED WITH CERTIFICATE OF SERVICE | |
| 04/12/2017 | MOTION IN LIMINE EXCLUDE THE TESTIMONY OF FRANK LAMARCA, M.D., JONATHAN MILLER, M.D., MARK DELANO, M.D., AND KEN MANKOWSKI, D.O. FILED WITH CERTIFICATE OF SERVICE | |
| 04/14/2017 | DEPOSITION OF JUDY R. FELLERS FEBRUARY 7TH, 2017 FILED ON SHELF | $0.00 |
| 04/14/2017 | DEFENDANT, JAMAL TAHA, M.D.'S NOTICE OF FILING DEPOSITION OF JUDY R. FELLERS FEBRUARY 7, 2017 FILED WITH CERTIFICATE OF COMPLIANCE AND CERTIFICATE OF SERVICE | |
| 04/14/2017 | MEMORANDUM OF DEFENDANT JAMAL TAHA, M.D. IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A 2ND AMENDED COMPLAINT FILED WITH MEMORANDUM AND CERTIFICATE OF SERVICE | |
| 04/17/2017 | MEMORANDUM IN RESPONSE TO DEFENDANT GENESIS HEALTH CARE, LLC'S MOTION TO BIFURCATE PUNITIVE DAMAGES AND ATTORNEY FEES CLAIMS FILED WITH CERTIFICATE OF SERVICE | |
| 04/17/2017 | REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT WITH CERTIFICATE OF SERVICE | |
| 04/18/2017 | PLAINTIFF'S MOTION FOR CLARIFICATION CERT OF SERVICE FILED | $0.00 |
| 04/19/2017 | MOTION TO STRIKE FILED WITH CERTIFICATION | $0.00 |
| 04/19/2017 | DECISION AND EXNTRY EXTENDING DISCOVERY DEADLINE FROM MARCH 10, 2017 TO MAY 31, 2017. TRIAL REMAINS SCHEDULED TO COMMENCE JUNE 6, 2017 @ 8:45 A.M. TO JUNE 9, 2017 AND JUNE 13-17, 2017   PRATT  Receipt: 124656  Date: 05/17/2017 | $0.00 |
| 04/20/2017 | REPLY MEMORANDUM OF DEFENDANT JAMAL TAHA M.D. IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A 2ND AMENDED COMPLAINT FILED WITH CERTIFICATE OF SERVICE | |
| 04/20/2017 | DEFENDANT GENESIS HEALTH CARE, LLC'S REPLY IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF JOHN CONOMY M.D. AND MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE DEFENDANT GENESIS HEALTH CARE, LLC'S EXPERTS FILED | |
| 04/21/2017 | MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION IN LIMMINIE TO EXCLUED TESTIMONY OF DEFANDT'S EXPERTS FILED WITH CERTIFICATE OF SERVICE | |
| 04/21/2017 | DEFENDANT GENESIS HEALTH CARE, LLC'S REPLY IN SUPPORT OF MOTION TO BIFURCATE PUNITIVE DAMAGE AND ATTORNEY FEES CLAIMS FILE WITH CERTIFICATE OF SERVICE | |
| 04/24/2017 | DECISION AND ENTRY DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT   PRATT  Receipt: 124656  Date: 05/17/2017 | $0.00 |
| 04/24/2017 | MEMORANDUM OF DEFENDANT JAMAL TAHA, M.D. IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE RE: DEFENSE EXPERTS FILED WITH CERTIFICATE OF SERVICE | |
| 04/25/2017 | PLAINTIFF JANICE L. WEADOCK'S SECOND SET OF INTERROGATORIES TO DEFENDANT KETTERING HOSPITAL FILED WITH CERTIFICATE OF SERVICE | |
| 04/25/2017 | PLAINTIFF'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT JAMAL TAHA FILED WITH CERTIFICATE OF SERVICE | $0.00 |
| 04/25/2017 | PLAINTIFF JANICE L. WEADOCK'S THIRD SET OF INTERROGATORIES TO DEFENDANT JAMAL TAHA FILED WITH CERTIFICATE OF SERVICE | |

| Date | Docket Text | Amount |
| --- | --- | --- |
| 04/26/2017 | DECISION AND ENTRY DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT    PRATT    Receipt: 124656  Date: 05/17/2017 | $0.00 |
| 04/26/2017 | NOTICE OF FILING OF DEPOSITION OF KATHLEEN MEYER, DNP, GCNS, ACHPN FILED WITH CERTIFICATE OF SERVICE | |
| 04/26/2017 | DEPOSITION OF KATHLEEN MEYER, DNP, GCNS, ACHPN ON FEBRUARY 28, 2017 AT 1:31 P.M. FILED ON SHELF | $0.00 |
| 04/26/2017 | WITNESSES LIST AND EXHIBIT LIST FILED WITH CERTIFICATE OF SERVICE | |
| 04/27/2017 | ADDENDUM TO WITNESS LIST AND EXHIBITS LIST  FILED WITH CERTIFICATE OF SERVICE | |
| 04/27/2017 | NOTICE OF COMPLIANCE DEFENDANT KETTERING HEALTH NETWORK DBA KETTERING HOSPITAL FAX FILED WITH CERTIFICATE OF SERVICE | $0.00 |
| 04/27/2017 | DEFENDANT GENESIS HEALTHCARE, LLC'S NOTICE OF COMPLIANCE WITH AUGUST 5, 2016 ORDER FAX FILED WITH CERTIFICATE OF SERVICE | $0.00 |
| 04/28/2017 | NOTICE OF COMPLIANCE FILED WITH CERTIFICATE OF SERVICE | $0.00 |
| 05/01/2017 | NOTICE OF SUBMISSION OF DISCOVERY FILED WITH CERTIFICATE OF SERVICE | |
| 05/01/2017 | PROPOSED JURY INSTRUCTIONS, JURY INTERROGATORIES AND VERDICT FORMS OF DEFENDANT KETTERING HEALTH NETWORK FILED WITH CERTIFICATE OF SERVICE | |
| 05/01/2017 | SETTLEMENT REPORT (KETTERING HEALTH NETWORK) FILED WITH CERTIFICATE OF SERVICE | |
| 05/01/2017 | SETTLEMENT REPORT (JANICE L WEADOCK) FILED WITH CERTIFICATE OF SERVICE | |
| 05/01/2017 | PROPOSED JURY INTERROGATORIES OF DEFENDANT, JAMAL TAHA, M.D. FILED WITH CERTIFICATE OF SERVICE | |
| 05/01/2017 | PROPOSED JURY INSTRUCTIONS OF DEFENDANT, JAMAL TAHA, M.D. FILED WITH CERTIFICATE OF SERVICE | |
| 05/01/2017 | SETTLEMENT REPORT OF DEFENDANT JAMAL TAHA, M.D. FILED WITH CERTIFICATE OF SERVICE | |
| 05/02/2017 | ENTRY DENYING PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE DEFENDANT'S EXPERT TESTIMONY.    PRATT  Receipt: 124656  Date: 05/17/2017 | $0.00 |
| 05/03/2017 | DEFENDANT GENESIS HEALTHCARE, LLC'S SETTLEMENT REPORT FILED WITH CERTIFICATE OF SERVICE | |
| 05/03/2017 | AMENDED SCHEDULING ORDER, FINAL PRETRIAL CONFERENCE MAY 30, 2017 @ 9:00 A.M., TRIAL DATES: JUNE 5, 2017 @ 8:45 A.M. FOR AN ESTIMATED 10 DAYS TO A JURY   PRATT  Receipt: 124656  Date: 05/17/2017 | $0.00 |
| 05/08/2017 | MOTION OF DEFENDANT JAMAL TAHA, M.D. FOR A PROTECTION ORDER FILED WITH CERTIFICATE OF SERVICE | $0.00 |
| 05/15/2017 | NOTICE OF DEPOSITION DUCES TECUM OF JOHN P. CONOMY, M.D., J.D. TUESDAY MAY 23, 2017 AT 2:00 P.M. FILED WITH CERTIFICATE OF SERVICE | |
| 05/16/2017 | MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER FILED WITH CERTIFICATE OF SERVICE | |
| 05/17/2017 | NOTICE OF SERVICE OF ANSWERS TO PLAINTIFF'S INTERROGATORIES TO DEFENDANT GENESIS HEALTH CARE, LLC FILED WITH CERTIFICATE OF SERVICE | $0.00 |
| 05/17/2017 | MOTION FOR SANCTIONS FILED WITH CERTIFICATE OF SERVICE | $0.00 |
| 05/22/2017 | MOTION FOR DEFAULT JUDGMENT FILED WITH CERTIFICATE OF SERVICE | $0.00 |
| 05/22/2017 | NOTICE OF FILING OF DEPOSITION OF DR. MARK WANG ON THIS 22ND DAY OF MAY 2017 | |
| 05/22/2017 | LETTER FILED ENCLOSED FIND THE SEALED ENVELOPE CONTAINING THE ORIGINAL DEPOSITION TRANSCRIPT AND ORIGINAL EXHIBITS OF DONALD D. COLLINS M.D. TAKEN ON MAY 18, 2017 | |
| 05/22/2017 | VIDEOTAPE DEPOSITION OF DONALD D. COLLINS, M.D. TAKEN ON MAY 18TH, 2017 @ 9:30 A.M. FILED ON SHELF | $0.00 |
| 05/22/2017 | VIDEOTAPE DEPOSITION OF DR. MARK WANG TAKEN MAY 8TH, 2017 FILED ON SHELF | $0.00 |
| 05/23/2017 | | $4.00 |

| Date | Docket Text | Amount |
|---|---|---|
| | DECISION, COURT WILL HEAR PLAINTIFF'S MOTION FOR SANCTIONS ON JUNE 5, 2017 @ 9:00 A.M. ALL OTHER MOTIONS REMAIN PENDING    PRATT | |
| 05/24/2017 | MOTION TO EXPEDITE HEARING ON SANCTIONS FILED WITH CERTIFICATE OF SERVICE | $0.00 |
| 05/26/2017 | VIDEOTAPED DEPOSITION OF MARK WANG M.D. SCOTTSDALE, ARIZONA MAY 8, 2017 @ 4:49 P.M. FILED ON SHELF | $0.00 |
| 05/26/2017 | NOTICE OF FILING OF DEPOSITION OF DR. MARK WANG FILED WITH CERTIFICATE OF SERVICE | |
| 05/26/2017 | MOTION TO COMPEL AND FOR SANCTIONS FILED WITH CERTIFICATE OF SERVICE | |
| 05/30/2017 | MOTION TO CORRECT THE RECORD FILED WITH CERTIFICATE OF SERVICE | $0.00 |
| 05/30/2017 | REPLY MRMORANDUM IN SUPPORT OF MOTION OF DEFENDANT JAMAL TAHA M.D. FOR A PROTECTIVE ORDER FILED WITH CERTIFICATE OF SERVICE | |
| 06/01/2017 | DECISION DENYING PLAINTIFF'S REQUEST TO CORRECT THE RECORD    PRATT | $2.00 |
| 06/02/2017 | NOTICE OF FILING OF VIDEO DEPOSITION OF JAMAL TAHA, M.D. WITH CERTIFICATE OF SERVICE | |
| 06/02/2017 | VIDEO DEPOSITION OF JAMAL TAHA, M.D. DATED 12/08/2016 FILED ON SHELF | $0.00 |
| 06/02/2017 | NOTICE OF FILING OF VIDEO DEPOSITION OF DR. MARK WANG, M.D. FILED WITH CERTIFICATE OF SERVICE | |
| 06/02/2017 | VIDEOTAPED DEPOSITION OF MARK WANG, M.D. MAY 8, 2017 FILED ON SHELF | $0.00 |
| 06/05/2017 | STENOGRAPHER FEES | $25.00 |
| 06/05/2017 | MEMORANDUM OF DEFENDANT JAMAL TAHA, M.D. IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS FILED WITH CERTIFICATE OF SERVICE | |
| 06/06/2017 | ORDER TO TRANSCRIBE HEARING HELD ON JUNE 5, 2017    PRATT | $4.00 |
| 06/06/2017 | CERTIFICATE OF PAY ISSUED TO TERESA OSTENDORF | $187.92 |
| 06/09/2017 | DECISION DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT    PRATT | $4.00 |
| 06/09/2017 | REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS FILED WITH CERTIFICATE OF SERVICE | |
| 06/15/2017 | DECISION AND ENTRY GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND DENYING DEFENDANT'S MOTION FOR PROCTECTIVE ORDER    PRATT | $4.00 |
| 06/15/2017 | DECISION AND ENTRY DENYING PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS    PRATT | $6.00 |
| 06/15/2017 | DECISION AND ENTRY DENYING PLAINTIFF'S MOTION FOR SANCTIONS    PRATT | $4.00 |
| 06/21/2017 | SECOND AMENDED COMPLAINT JURY DEMAND ENDORSED HEREON FILED WITH CERTIFICATE OF SERVICE | |
| 07/03/2017 | STIPULATION AND ENTRY OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AGAINST DEFENDANT KETTERING HEALTH NETWORK DBA KETTERING HOSPITAL ONLY. THE CASE WILL CONTINUE AGAISNT DEFENDANT JAMAL TAHA    PRATT | $4.00 |
| 07/05/2017 | ANSWER OF DEFENDANT, JAMAL TAHA, M.D. TO PLAINTIFF'S SECOND AMENDED COMPLAINT FILED WITH CERTIFICATE OF SERVICE | |

**Financial Summary**

| Cost Type | Amount Owed | Amount Paid | Amount Adjusted | Amount Outstanding |
|---|---|---|---|---|
| COST | $537.22 | $292.30 | $0.00 | $244.92 |
| DEPOSIT | $147.50 | $147.50 | $0.00 | $0.00 |
| | **$684.72** | **$439.80** | **$0.00** | **$244.92** |

| Money on Deposit with the Court | |
|---|---:|
| **Account** | **Deposit Amount** |
| DEPOSIT | $7.70 |
| | **$7.70** |

| Receipts | | | |
|---|---|---|---:|
| **Receipt Number** | **Receipt Date** | **Received From** | **Payment Amount** |
| 115000 | 05/23/2016 | ALFRED J WEISBROD | $300.00 |
| 115031 | 05/24/2016 | cc | $16.50 |
| 124656 | 05/17/2017 | CC | $123.30 |
| | | | **$439.80** |