IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JANICE L. WEADOCK,

    Plaintiff,

vs.                                        Case No.   3:17cv244

JAMAL TAHA, M.D., et al.,               JUDGE WALTER H. RICE

    Defendants.

---

DECISION AND ENTRY VACATING DISMISSAL OF JANUARY 31, 2017, REACTIVATING CASE UPON THIS COURT'S DOCKET, AND SUSTAINING PLAINTIFF'S MOTION TO REMAND TO STATE COURT (DOC. #6); TERMINATION ENTRY

---

For good cause shown, this Court vacates the notation order of July 31, 2017, sustaining Plaintiff's Motion to Dismiss the captioned cause, thus reactivating the captioned matter upon the docket of this Court. Ruling further, this Court sustains the Plaintiff's Motion to Remand to state court (Doc. #6), filed the very same date as his Notice of Dismissal.

WHEREFORE, the captioned cause is ordered remanded to the Miami County Court of Common Pleas, from which it was initially removed on July 21, 2017.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

August 21, 2017

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Attorneys of Record