# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| JANICE L. WEADOCK, )<br>*Plaintiff* )<br>v. )<br>JAMAL TAHA. M.D., et al., )<br>*Defendant* ) | Civil Action No. 3:17-cv-244 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: CASE IS REMANDED TO STATE COURT.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for Remand.

Date: 8/21/2017

CLERK OF COURT

*(signature)*

Signature of Clerk or Deputy Clerk